E-FILED: 11/6/09

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARMELO DELATORRE,<br>   Petitioner,<br> v.<br>J.W. HAVILAND, Warden,<br>   Respondent. | Case No. EDCV 09-01973 GHK (AN)<br><br>JUDGMENT |

  IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Order.

DATED: \_\_\_11/6\_\_, 2009

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV - 9 2009

CENTRAL DISTRICT OF CALIFORNIA
BY       DEPUTY